AO 93  (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF TARGET  RESIDENCE AND TARGET VEHICLE FURTHER DESCRIBED IN ATTACHMENT A-1 AND A-2 | )<br>)<br>)  Case No.    26- 26-267 (M)<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____---_____ District of _____Puerto Rico_____ *(identify the person or describe the property to be searched and give its location)*:

See Attachment A. Enclosed as Reference

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment B. Enclosed as Reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____April 19, 2026_____
*(not to exceed 14 days)*

☑ in the daytime  6:00 a.m. to 10 p.m.       ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
on duty _____.
                              *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30).*
                                                ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:      4/5/26 at 7:12 p.m. _____     _____
                                                                                                                    *Judge's signature*

City and state:    San Juan, Puerto Rico _____          Hon. Maria Bauzá Almonte, U.S. Magistrate Judge
                                                                                                    *Printed name and title*

## **ATTACHMENT A-1**
### Description of the Property to be Searched

The premise (TARGET RESIDENCE) to be searched is the second story located at 762 Calle Gerardo Selles Sola, San Juan, PR 00923. The residence is located at Los Maestros community, at San Juan, Puerto Rico. The residence is further described as a two-story residence, concrete house, light beige in color, with a brown trim roof. The windows are covered with metal security bars. The residence has two car entrance porches, one on Teodoro Aguilar street and another one in Gerardo Selles Sola street. The residence has multiple door entrances on the Teodoro Aguilar and one main entrance on the Gerardo Selles Sola Street.





**ATTACHMENT A-2**
Description of the Vehicle to be searched

The vehicle (TARGET VEHICLE) to be searched is located at the vicinity of 762 Calle Gerardo Selles Sola, San Juan, PR 00923 and is described as a black in color, manufacturer Nissan, year 2023, model Kicks, bearing Puerto Rico license plate KEO 536, with VIN number 3N1CP5BV2PL534034.





2

*AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)*

| Return | | |
|---|---|---|
| Case No.:<br>26- 26 - 267 (M) | Date and time warrant executed:<br>April 5, 2026 | Copy of warrant and inventory left with:<br>USPIS San Juan Domicile |
| Inventory made in the presence of :<br>Jean M. Bodner | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>See Attachment | | |

**Certification**

    *I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.*

Date: April 5, 2026

_____
*Executing officer's signature*

Frankie M. Fernandez Gonzalez, USPIS Inspector
_____
*Printed name and title*

<u>Return of Search Warrant 26-267 (M)</u>

<u>Items Seized</u>

1.  A box of disposable protective face mask
2.  One set of new black gloves
3.  One pair of used black gloves
4.  Used black face mask
5.  Black Checkbook
6.  Eight (8) credit cards, under names other than Frellin Torres De Jesus/Ana Pierna
7.  One cellphone, iPhone 12, black in color, with clear case
8.  One cellphone, iPhone, light gray in color, with black case
9.  One ASUS Zenbook black laptop
10. One black hoodie, with imprint "Lost" on left chest and white designs on left sleeve, size Medium
11. One black sweatpant, Puma brand, size medium
12. One black sweatpant, Lost Shdws brand, size medium
13. Nine (9) checks, under names other than Frellin Torres De Jesus/Ana Pierna
14. Four (4) postal money orders, under names other than Frellin Torres De Jesus/Ana Pierna
15. Miscellaneous items / Documents, under names other than Frellin Torres De Jesus/Ana Pierna
16. One pile of blank check paper sheets
17. Twenty-one (21) Vanilla Visa Gift Cards
18. Twenty (20) Visa Gift Cards
19. One Banco Popular debit card, under names other than Frellin Torres De Jesus/Ana Pierna
20. One cellphone, Motorola, Dark blue in color, model: xt2271DL
21. Three (3) Apple iPhones cellphones
22. One (1) cellphone, Nokia brand
23. One (1) cellphone, TCL brand
24. Three (3) cellphones, BLU brand
25. One (1) HP laptop, model 15, gray in color